UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

BREWER, ANTOINETTE

Debtor.

Chapter 7

Case No. 04-15861 RDD

**STATEMENT OF UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| SH | Signature Health | $730.00 | $730.00 |

**TOTAL UNCLAIMED DIVIDENDS:** $ 730.00

Dated: April 27, 2011

/s/ Alan Nisselson
Alan Nisselson, Trustee
Trustee
156 West 56th St.
New York, NY 10019
(212) 237-1000