UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 7 |
|---|---|
| BREWER, ANTOINETTE | Case No. 04-15861 RDD |
| | **AMENDED STATEMENT OF UNCLAIMED DIVIDENDS** |
| Debtor. | |

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| SH | Signature Health<br>135 Main Street<br>Hempstead, NY 11550 | $730.00 | $730.00 |

**TOTAL UNCLAIMED DIVIDENDS:** $ 730.00

Dated: May 9, 2011

/s/ Alan Nisselson
Alan Nisselson, Trustee
Trustee
156 West 56th St.
New York, NY 10019
(212) 237-1000